back

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes

WES REBER PORTER #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 01 2004
at 12 o'clock and 46 min. p.M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 04-00470 HG |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. § 846 |
| ERNEST G.M. ROWLAND (01) | 21 U.S.C. § 841(a)(1) |
| KATHERINE D.A. MEDEIROS (02) | 18 U.S.C. § 922(g)(1) |
| PATRICK T. SUA (03) | U.S.S.G. § 2D1.1(c)(4) |
| Defendants. | 21 U.S.C. § 841(b)] |

SEALED
BY ORDER OF THE COURT

**I N D I C T M E N T**

Count 1
(21 U.S.C. § 846)

The Grand Jury charges that:

At a date unknown to the Grand Jury, but at least beginning by late July 2003 and continuing to December 14, 2003, in the District of Hawaii, defendants ERNEST G.M. ROWLAND,

KATHERINE D.A. MEDEIROS and PATRICK T. SUA did knowingly and intentionally conspire together, and with other persons known and unknown to the Grand Jury, to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

SENTENCING ALLEGATIONS

With respect to Count 1 of the Indictment:

(a) defendants ERNEST G.M. ROWLAND, KATHERINE D.A. MEDEIROS and PATRICK T. SUA conspired to distribute and possess with intent to distribute at least 50 grams but less than 150 grams of methamphetamine (actual);

(b) defendant ERNEST G.M. ROWLAND was at least 18 years of age at the time of this charged offense, the offense charged in Count 1 is a controlled substance offense; and ERNEST G.M. ROWLAND has been convicted of two prior felony controlled substance offenses, to wit:

(1) On or about February 2, 1993, the defendant ERNEST G.M. ROWLAND was convicted of Promoting a Dangerous Drug in the Second Degree in Honolulu, Hawaii. This conviction represents a felony drug offense under Hawaii state law.

//

(2) On or about May 18, 1992, the defendant ERNEST G.M. ROWLAND was convicted of Promoting a Dangerous Drug in the Third Degree in Honolulu, Hawaii. This conviction represents a felony drug offense under Hawaii state law.

in violation of the United States Sentencing Guidelines, Sections 2D1.1(c)(4)(Drug Quantity Table) and Title 21, United States Code, Section 841(b).

Count 2
(21 U.S.C. § 841(a)(1))

The Grand Jury further charges that:

On or about August 11, 2003, in the District of Hawaii, defendants ERNEST G.M. ROWLAND and KATHERINE D.A. MEDEIROS did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

//

//

//

//

<u>Count 3</u>
(21 U.S.C. § 841(a)(1))

The Grand Jury further charges that:

On or about August 29, 2003, in the District of Hawaii, defendants ERNEST G.M. ROWLAND and KATHERINE D.A. MEDEIROS did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

<u>Count 4</u>
(21 U.S.C. § 841(a)(1))

The Grand Jury further charges that:

On or about November 20, 2003, in the District of Hawaii, defendants ERNEST G.M. ROWLAND and PATRICK T. SUA, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

//

//

<u>Count 5</u>
(21 U.S.C. § 841(a)(1))

The Grand Jury further charges that:

On or about December 8, 2003, in the District of Hawaii, defendant ERNEST G.M. ROWLAND did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

<u>Count 6</u>
(21 U.S.C. § 841(a)(1))

The Grand Jury further charges that:

On or about December 9, 2003, in the District of Hawaii, defendant ERNEST G.M. ROWLAND did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

//

//

Count 7
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges that:

On or about July 22, 2003, in the District of Hawaii, defendant PATRICK T. SUA, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition, to wit: twenty (20) rounds of 9mm ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

//

//

//

//

//

//

//

Count 8
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges that:

On or about November 3, 2003, in the District of Hawaii, defendant PATRICK T. SUA having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce firearms, to wit: (1) Ruger .357 magnum pistol bearing Serial Number 153-97891; and (2) Davies .25 caliber pistol bearing Serial Number 356174, and ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: December 1, 2004 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney