EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Chief, Major Crimes

WES REBER PORTER           #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00470 HG -01 |
| ) | |
| Plaintiff, ) | **ORDER FOR DISMISSAL** |
| ) | |
| vs. ) | |
| ) | |
| ERNEST G. M. ROWLAND, (01) ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER FOR DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against ERNEST G. M. ROWLAND on the grounds that he was convicted on similar drug distribution offenses in the District of Guam. On May 6, 2005, Defendant Rowland was

sentenced to 292 months imprisonment and is currently serving his term.

        The defendant is not in custody on the dismissed charge listed above.

        DATED:  July 14, 2006, at Honolulu, Hawaii.

                          EDWARD H. KUBO, JR.
                          UNITED STATES ATTORNEY
                          District of Hawaii

                          By   /s/ Wes Reber Porter
                             WES REBER PORTER
                             Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.



                           **/s/ Helen Gillmor**
                          Chief United States District Judge

United States v. Ernest G. M. Rowland
Cr. No. 04-00470 HG -01
"Order for Dismissal"